IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an | : | (Jury trial demanded) |
| Agency of the State of Delaware, | : | |
| | : | |
|    Defendant. | : | |

**ORDER**

This **19th** day of **October, 2006**, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1.    **Pre-Discovery Disclosures.**    The parties have/will exchange by **November 15, 2006**, the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.    **Discovery.**

(a)    Discovery will be needed on the following subjects: *(brief description of subject on which discovery will be needed).* This is a Title VII action wherein plaintiff claims discrimination based on gender. Discovery will be needed on issue of causation, damages and liability.

(b)    All discovery shall be commenced in time to be completed by **October 1, 2007**.

      (c)      Maximum of **50** interrogatories by each party to any other party.

      (d)      Maximum of **50** requests for admission by each party to any other party.

      (e)      Maximum of **10** depositions by plaintiff and **10** by defendant.

      (f)      Each deposition limited to a maximum of **7 hours** unless extended by agreement of parties.

      (g)      Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by **May 31, 2007**. Rebuttal expert reports due by **July 31, 2007**.

      (h)      **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

    3.    **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motion to join other parties, amend the pleadings, and certify a class action shall be filed on or before **November 30, 2007**.

    4.    **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement.

    5.    **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before **December 15, 2007**. The answering brief shall be due 30 days after receipt of the opening brief, and the replay 15 after receipt

of the answering brief. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

      6.    **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

      7.    **Motions in Limine.** All motions in limine shall be filed on or before **March 13, 2008.** All responses to said motions shall be filed on or before **March 20, 2008.**

      8.    **Pretrial Conference.** A pretrial conference will be held on **Thursday, March 27, 2008 at 4:30 p.m**. in Courtroom No. 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

      9.    **Trial.** This matter is scheduled for a **five-day** jury trial commencing on **April 7, 2008** in Courtroom 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

 

_____
Judge Sue L. Robinson