**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an Agency of the State of Delaware, | : : | |
| | : | |
| Defendant. | : | |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that the undersigned certifies that on the date indicated he electronically served a copy of the defendant 1st Set of Interrogatories and Request for Production on the following:

Roy S. Shiels, Esquire
P.O. Drawer F
108 E. Water Street
Dover, DE  19903
rshielsbsbc@comcast.net

<u>/s/ Marc P. Niedzielski</u>
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)  577-8324
marc.niedzielski@state.de.us

DATED: October 19, 2006