IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, an Individual, | : : | C.A. NO. 06-460-SLR |
| Plaintiff | : | |
| V | : | Certificate of Service |
| DEPARTMENT OF STATE, an Agency of the State of Delaware | : : | |
| Defendant | : | |

    PLEASE TAKE NOTICE that the attached Interrogatories Directed to Defendant and First Request for Production have been mailed by U.S. Postal Service to

        Marc P. Niedzielski, Esquire
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801


        BROWN, SHIELS & O'BRIEN

        BY_____/s/Roy S. Shiels_____
        ROY S. SHIELS, ESQUIRE
        P.O. DRAWER F
        108 E. WATER STREET
        DOVER, DELAWARE 19903
        ATTORNEY FOR PLAINTIFF
        302-734-4766   ID# 346

DATED: