**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an | : | |
| Agency of the State of Delaware, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

The undersigned certifies that on March 28, 2007, he caused the **Defendant's Response to Plaintiff's 1st Request for Production** to be served on the following persons via the United States Postal Service:

**NAME AND ADDRESS OF RECIPIENT(S):**

Roy S. Shiels, Esquire
P.O. Drawer F
108 E. Water Street
Dover, DE 19903

                                                  **STATE OF DELAWARE**
                                                  **Department of Justice**

                                                  /s/ Marc P. Niedzielski
                                                  Marc P. Niedzielski (# 2616)
                                                  Deputy Attorney General
                                                  820 N. French Street, 6th Floor
                                                  Wilmington, DE  19801
                                                  (302)  577-8324
                                                  marc.niedzielski@state.de.us