**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an | : | |
| Agency of the State of Delaware, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

The undersigned certifies that on March 28, 2007, he caused the **Defendant's Response to Plaintiff's 1st Interrogatories** to be served on the following persons via the United States Postal Service:

**NAME AND ADDRESS OF RECIPIENT(S):**

Roy S. Shiels, Esquire
P.O. Drawer F
108 E. Water Street
Dover, DE 19903

        STATE OF DELAWARE
        Department of Justice

        /s/ Marc P. Niedzielski
        Marc P. Niedzielski (# 2616)
        Deputy Attorney General
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8324
        marc.niedzielski@state.de.us