IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, an Individual, | : | C.A. NO. 06-460-SLR |
| Plaintiff | : | |
| V | : | Certificate of Service |
| DEPARTMENT OF STATE, an Agency of the State of Delaware | : | |
| Defendant | : | |

PLEASE TAKE NOTICE that the attached Request for Production has been mailed by U.S. Postal Service to

>  Marc P. Niedzielski, Esquire
>  820 North French Street, 6th Floor
>  Wilmington, Delaware 19801

>  BROWN, SHIELS & O'BRIEN
>
>  BY_____/s/Roy S. Shiels_____
>  ROY S. SHIELS, ESQUIRE
>  P.O. DRAWER F
>  108 E. WATER STREET
>  DOVER, DELAWARE 19903
>  ATTORNEY FOR PLAINTIFF
>  302-734-4766   ID# 346

DATED: 9/07/07