IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, an Individual, | : | C.A. NO. 06-460-SLR |
| | : | |
| Plaintiff | : | |
| | : | |
| V | : | Certificate of Service |
| | : | |
| DEPARTMENT OF STATE, an Agency of the State of Delaware | : | |
| | : | |
| Defendant | : | |

PLEASE TAKE NOTICE that the attached Interrogatories Directed to Defendant have been mailed by U.S. Postal Service to

Marc P. Niedzielski, Esquire
820 North French Street, 6th Floor
Wilmington, Delaware 19801

BROWN, SHIELS & O'BRIEN

BY_____/s/Roy S. Shiels_____
ROY S. SHIELS, ESQUIRE
P.O. DRAWER F
108 E. WATER STREET
DOVER, DELAWARE 19903
ATTORNEY FOR PLAINTIFF
302-734-4766   ID# 346

DATED:9/07/07