IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, an Individual, | : | C.A. NO.    06-460-SLR |
| | : | |
| Plaintiff | : | |
| | : | |
| V | : | STIPULATION TO MODIFY SCHEDULING ORDER |
| DEPARTMENT OF STATE, an Agency of the State of Delaware | : | |
| | : | |
| Defendant | : | |

AND NOW COMES Plaintiff, by and through her counsel of record, and Defendant, by and through its counsel of record, who do hereby stipulated and agree, subject to approval by the Court, as follows:

1. The discovery completion date will be modified to read November 1, 2007. The pre-trial conference, and trial dates, set forth in the Scheduling Order previously issued in this case will remain in effect.

                            BROWN, SHIELS & O'BRIEN

                            BY_____/s/ Roy S. Shiels____
                                  ROY S. SHIELS, ESQUIRE
                                  P.O. DRAWER F
                                  108 E. WATER STREET
                                  DOVER, DELAWARE 19903
                                  ATTORNEY FOR PLAINTIFF
                                  302-734-4766   ID# 346

DATED: 9/19/07

                            DELAWARE DEPARTMENT OF JUSTICE

                            BY_____/s/ Marc P. Niedzielski____
                            Marc P. Niedzielski, Esquire
                            820 North French Street, 6th Floor
                            Wilmington, Delaware 19801
                            Attorney for Defendant
                            ID# 2616   302-577-8400

APPROVED AND SO ORDERED this _____ day of September, 2007

                                                                           _____
                                                                            SUE L. ROBINSON, JUDGE