# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an | : | |
| Agency of the State of Delaware, | : | |
| | : | |
|     Defendant. | : | |

## NOTICE OF DEPOSITION

TO:    Roy S. Shiels, Esquire
          P.O. Drawer F
          108 E. Water Street
          Dover, DE 19903

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Lorraine Duffy on <u>Monday, October 1, 2007</u> at 10:00 a.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801. The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be recorded stenographically.

                                                **STATE OF DELAWARE**
                                                **DEPARTMENT OF JUSTICE**

                                                <u>/s/ Marc P. Niedzielski</u>
                                                Marc P. Niedzielski (# 2616)
                                                Deputy Attorney General
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE  19801
                                                (302)  577-8324
                                                marc.niedzielski@state.de.us

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an | : | |
| Agency of the State of Delaware, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on September 24, 2007 he caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

Roy S. Shiels, Esquire
P.O. Drawer F
108 E. Water Street
Dover, DE 19903

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Marc P. Niedzielski
        Marc P. Niedzielski (# 2616)
        Deputy Attorney General
        820 N. French Street, 6th Floor
        Wilmington, DE  19801
        (302)  577-8324
        marc.niedzielski@state.de.us