# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an | : | |
| Agency of the State of Delaware, | : | |
| | : | |
| Defendant. | : | |

## RE-NOTICE OF DEPOSITION

TO:   Roy S. Shiels, Esquire
       P.O. Drawer F
       108 E. Water Street
       Dover, DE 19903

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Lorraine Duffy on <u>Wednesday, October 3, 2007</u> at 1:30 p.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801.  The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths.  The deposition will be recorded stenographically.

                                            **STATE OF DELAWARE**
                                            **DEPARTMENT OF JUSTICE**

                                            <u>/s/ Marc P. Niedzielski</u>
                                            Marc P. Niedzielski (# 2616)
                                            Deputy Attorney General
                                            820 N. French Street, 6th Floor
                                            Wilmington, DE  19801
                                            (302)  577-8324
                                            marc.niedzielski@state.de.us

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an | : | |
| Agency of the State of Delaware, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on October 1, 2007 he caused the attached Re-Notice of Deposition to be filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

Roy S. Shiels, Esquire
P.O. Drawer F
108 E. Water Street
Dover, DE 19903

                                        **STATE OF DELAWARE**
                                        **DEPARTMENT OF JUSTICE**

                                        /s/ Marc P. Niedzielski
                                        Marc P. Niedzielski (# 2616)
                                        Deputy Attorney General
                                        820 N. French Street, 6th Floor
                                        Wilmington, DE  19801
                                        (302)  577-8324
                                        marc.niedzielski@state.de.us