IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an | : | MOTION TO MODIFY |
| Agency of the State of Delaware, | : | SCHEDULING ORDER |
| | : | |
|     Defendant. | : | |

AND NOW COMES Plaintiff in the above action, by and through counsel of record, who moves to modify the Scheduling Order previously entered by the Court as follows:

1. Amend paragraph 2(g) of the Scheduling Order dated October 19, 2006 to extend the time for providing medical expert reports pursuant to F.R.C.P.26(a)(2) until November 30, 2007.

2. The trial date established in this case is April 7, 2008, and the filing date for Summary Judgment Motions is December 15, 2007.

3. The medical reports inadvertently overlooked and not filed in accord with the original Scheduling order do not deal with the issue of liability but rather deal with the extent of harm should liability otherwise be established.

4. This Motion to be presented at the convenience of the Court and Counsel.

                                                          BROWN, SHIELS & O'BRIEN

                                                          BY_____/s/Roy S. Shiels_____
                                                                ROY S. SHIELS, ESQUIRE
                                                                  P.O. DRAWER F
                                                                 108 E. WATER STREET
                                                                  DOVER, DELAWARE 19903
                                                                  ATTORNEY FOR PLAINTIFF

302-734-4766   ID# 346

DATED: October 22, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an | : | |
| Agency of the State of Delaware, | : | ORDER |
| | : | |
|     Defendant. | : | |

THE COURT having considered the Motion to Modify Scheduling Order filed by Plaintiff in the above matter, and being of the opinion that same does not unduly interfere with the established trial date or date for filing any Motion For Summary Judgment, hereby grants a modification in the Scheduling Order to permit the filing of expert reports pursuant to F.R.C.P.26(a)(2) to November 30, 2007.

_____
SUE L. ROBINSON, JUDGE

DATED:

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an | : | MOTION TO MODIFY |
| Agency of the State of Delaware, | : | SCHEDULING ORDER |
| | : | |
|     Defendant. | : | |

    PLEASE TAKE NOTICE that the attached Motion to Modify Scheduling Order

Pursuant to F.R.C.P. 26(a)(2) has been mailed by U.S. Postal Service to

    Marc P. Niedzielski, Esquire
    820 North French Street, 6th Floor
    Wilmington, Delaware 19801


    BROWN, SHIELS & O'BRIEN

    BY_____/s/Roy S. Shiels_____
    ROY S. SHIELS, ESQUIRE
    P.O. DRAWER F
    108 E. WATER STREET
    DOVER, DELAWARE 19903
    ATTORNEY FOR PLAINTIFF
    302-734-4766   ID# 346

DATED:   October 22, 2007