IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, | : | |
| | : | |
|     Defendant. | : | |

### STIPULATION AND ORDER AMENDING THE SCHEDULING ORDER

The parties through their attorneys hereby stipulate and agree to make the following amendments to the Scheduling Order. (D.I. 8)

Paragraph 2(b) is amended to permit expert and medical discovery until **March 31, 2008.**

Subparagraph 2 (g) is amended to permit rebuttal expert reports to be produced by **February 28, 2008.**

Paragraph 5 is amended to permit summary judgment motions and opening briefs to be filed and served on or before **April 30, 2008**.

Additionally, the deadlines and dates set forth in paragraphs 7, 8 and 9 of the Scheduling Order are vacated and will await the Court's action following the summary judgment motions. In all other respects, the terms of the Scheduling Order (D.I. 8) remain in effect.


/s/ Roy S. Shiels                                    /s/ Marc P. Niedzielski
Roy S. Shiels (# 346)                         Marc P. Niedzielski (# 2616)
P.O. Drawer F                                     Deputy Attorney General
108 E. Water Street                            820 N. French Street, 6th Floor
Dover, DE  19903                              Wilmington, DE  19801
Attorney for Plaintiff                          Attorney for Defendant

**IT IS SO ORDERED this   day of       , 2007**

_____
U.S. District Judge Sue L. Robinson