IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, | : | |
| | : | |
|     Defendant. | : | |

**STIPULATION AND ORDER AMENDING THE SCHEDULING ORDER**

The parties through their attorneys hereby stipulate and agree to make the following amendments to the Scheduling Order. (D.I. 8)

Paragraph 2(b) is amended to permit expert and medical discovery until **June 30, 2008.** Plaintiff must produce her expert's reports that comply with Fed.R.Civ.P. 26(a)(2) no latter than **May 27, 2008**, or she is deemed to have waived the right to call any expert witnesses.

Paragraph 2 (g) is amended to permit rebuttal expert reports to be produced by **June 2, 2008**.

Paragraph 5 is amended to permit summary judgment motions and opening briefs to be filed and served on or before **July 31, 2008**.

Additionally, the deadlines and dates set forth in paragraphs 7, 8 and 9 of the Scheduling Order are vacated and will await the Court's action following the summary judgment motions. In all other respects, the terms of the Scheduling Order (D.I. 8) remain in effect.

| | |
|---|---|
| /s/ Roy S. Shiels | /s/ Marc P. Niedzielski |
| Roy S. Shiels (# 346) | Marc P. Niedzielski (# 2616) |
| P.O. Drawer F | Deputy Attorney General |
| 108 E. Water Street | 820 N. French Street, 6th Floor |
| Dover, DE  19903 | Wilmington, DE  19801 |
| Attorney for Plaintiff | Attorney for Defendant |

DATED:  February 28, 2008

**IT IS SO ORDERED this   day of    , 2008**


_____
U.S. District Judge Sue L. Robinson