## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORRAINE DUFFY, | : |
|     Plaintiff, | : |
| v. | :   C.A. No. 06-460-SLR |
| DEPARTMENT OF STATE, an Agency of the State of Delaware, | : |
|     Defendant. | : |

### NOTICE OF DEPOSITION DUCES TECUM

TO: Roy S. Shiels, Esquire
P.O. Drawer F
108 E. Water Street
Dover, DE 19903

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Michelle Duffy on Monday, June 2, 2008 at 1:00 p.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801. The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be recorded stenographically. The deponent is to produce prior to the deposition any and all documents relating to her treatment or care with a healthcare professional regarding any problems dealing with her mother or her mother's sister.

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                /s/ Marc P. Niedzielski
                                                Marc P. Niedzielski (# 2616)
                                                Deputy Attorney General
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE  19801
                                                (302)  577-8324
                                                marc.niedzielski@state.de.us

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-460-SLR |
| DEPARTMENT OF STATE, an Agency of the State of Delaware, | : | |
| Defendant. | : | |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on May 14, 2008 he caused the attached Notice of Deposition Duces Tecum to be filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

Roy S. Shiels, Esquire
P.O. Drawer F
108 E. Water Street
Dover, DE 19903

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)  577-8324
marc.niedzielski@state.de.us
