# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an | : | |
| Agency of the State of Delaware, | : | |
| | : | |
| Defendant. | : | |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant hereby moves this honorable Court to enter summary judgment in their favor pursuant to Rule 56, for the reasons set forth in their brief.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
Attorney for Defendant

DATED:  July 31, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an | : | |
| Agency of the State of Delaware, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

Whereas, the defendant has moved for summary judgment and/or dismissal; and,

Whereas, the Court has reviewed the papers filed in connection with the matter.

**IT IS SO ORDERED This _____ day of _____, 2008**

that defendant State of Delaware, Department of State's motion for summary judgment is GRANTED and JUDGMENT is entered in their favor and against the plaintiff.

_____
U.S. District Court Judge

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE DUFFY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-460-SLR |
| | : | |
| DEPARTMENT OF STATE, an | : | |
| Agency of the State of Delaware, | : | |
| | : | |
| Defendant. | : | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the date indicated he electronically served a copy of the attached document on the following:

Roy S. Shiels, Esquire
P.O. Drawer F
108 E. Water Street
Dover, DE  19903
rshielsbsbc@comcast.net


/s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)  577-8324
marc.niedzielski@state.de.us

DATED: July 31, 2008